\_\_\_\_\_FILED \_\_\_\_\_ENTERED
\_\_\_\_\_LODGED \_\_\_\_\_RECEIVED

MAR 1 5 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ATTACHMENT A: STIPULATED FACTS – JAMES ENGEL

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **JAMES ENGEL ("ENGEL"),** was a resident of Kensington, Maryland.

In March of 2010, **ENGEL** accessed a website with 34 pages of "rooms" hosting images of children engaged in sexually explicit conduct. Specifically, on March 18, 2010 and March 19, 2010, **ENGEL** accessed the website and accessed 34 images of children engaged in sexually explicit conduct. These images were viewed in thumbnail form, then "clicked on" to open in a larger viewing format. The following images are examples of those accessed by **ENGEL**:

* 1268957091316.jpg- this file depicts an image of a nude pubescent female with her legs spread to expose her genitals to the camera.

* 1268957072792.jpg – this file depicts an image of a partially nude pubescent female lying on a bed with her legs spread while she is masturbating herself with an unknown object.

* 1268957134541.jpg – this file depicts an image of a partially nude pubescent female lying face down on a bed and using her fingers to spread her genitals and expose them to the camera.

* 1268979696404s.jpg – this file depicts an image of a nude pubescent female lying on a couch next to a nude minor male. The nude minor male is attempting to vaginally penetrate the pubescent female. This image is from a known series of images depicting identified minors and is known as the SABBAN series of child pornography.

**ENGEL** was identified through his accessing of the illegal website, which was monitored by law enforcement. On May 3, 2011, a search warrant was executed as **ENGEL**'s residence. Engel confessed that he had downloaded child pornography. He also confessed that approximately one month prior to the execution of the search warrant at his residence, he deleted all of his child pornography because he was "sick and disgusted" with himself.

At the search, agents seized numerous digital media items that were forensically examined. **ENGEL**'s items contained numerous encrypted RAR files, that could not be opened through a forensic examination, and had been deleted. Also, there were two files that were located in a deleted back-up file and are described as follows:

* 1243904787.jpg, depicts a nude adult male attempting to perform anal sex

upon a nude minor female. The minor female is lying on her stomach on pillows on the floor.

* 1243904830.jpg depicts a nude minor female performing oral sex upon a nude adult male.

The images and videos both accessed and possessed depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

* * * * *

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_3/9/12_
Date

_[signature]_
James Engel

I am James Engel's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_03/09/2012_
Date

_[signature]_
William C. Brennan, Jr., Esquire